NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


RALPH D. WRIGHT, JR.,       )
      )
      Appellant,       )
      )
v.       )     Case No. 2D18-747
      )
STATE OF FLORIDA,       )
      )
      Appellee.       )
_____)

Opinion filed March 6, 2019.

Appeal from the Circuit Court for Pinellas
County; Frank Quesada, Judge.

Michael P. Maddux of Michael P. Maddux,
P.A., Tampa, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Anne F. McDonough,
Senior Assistant Attorney General, Tampa;
and Marie T. Rives, Assistant Attorney
General, Tampa (substituted as counsel of
record), for Appellee.


PER CURIAM.

      Affirmed.


CASANUEVA, SILBERMAN, and MORRIS, JJ., Concur.